**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

DONALD J. LEBLANC,
Plaintiff,

v. CA 04-009ML

M/V NAUMACHIA...
Defendant.

---

Claimant
National City Bank of Michigan/Illinois

**RETURN RECEIPT FOR EXHIBITS**

**CLAIMANT'S EXHIBITS** re: December, 2004 Bench Trial

David A. DiMarzio
Clerk of Court

Received by: Pamela Hubert

By: Barbara Barletta
Deputy Clerk

Date: 7/11/05.